CHARLES C. CLARK, DEFENDANT IN ERROR, v. ATLANTIC CITY RAILROAD COMPANY, PLAINTIFF IN ERROR.

Submitted July 9, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *J. Willard Morgan* and *Clarence L. Cole.*

For the defendant in error, *John W. Wescott* and *Ralph W. E. Donges.*

PER CURIAM.

The judgment in this cause is affirmed, for the reasons given in the opinion of Mr. Justice Dixon, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, GARRETSON, HENDRICKSON, SWAYZE, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 13.

*For reversal*—None.